# EXHIBIT E

TOTAL SCREEN SOLUTIONS, INC.

INVOICE  DATE: 3/6/12

Name: Aaron Hansen

Company: NOMAC ; TSS

Rig# 46

Days: Feb 16 – 19, Feb 25 – 29

Day Rate: 275.00

Total: 9 days @ 275.00 = 2475.00

Service Techs For Solids Control Equipment
Fax#361-387-6300
Office#361-387-6300

TOTAL SCREEN SOLUTIONS, INC.

INVOICE                DATE: 2-15-12

Name: Aaron Hansen

Company: _____

Rig# Nomac 46

Days: 2/1/2012 thru 2/9/2012
2/12/2012 thru 2/15/2012

Day Rate: ~~$250~~ $275

Total: ~~$750~~ $3,575

Service Techs For Solids Control Equipment
Fax#361-387-6300
Office#361-387-6300

*[signature]*

TOTAL SCREEN SOLUTIONS, INC.

INVOICE          DATE: 1-31-2012

Name: Aaron Hansen

Company: _____

Rig# Nomac #46

Days: 1/16/2012 thru 1/18/2012
1/27/2012 thru 1/31/2012

Day Rate: $275    8 days

Total: $2,200

Service Techs For Solids Control Equipment:
Fax#361-387-6300
Office#361-387-6300

*[signature: Morgan]*

TSS-000007

**Total Screen Solutions Inc.**

| | |
|---|---|
| **From:** | "Axel" <aaronaxlehansen@yahoo.com> |
| **To:** | <totalscreensolutions@stx.rr.com> |
| **Sent:** | Wednesday, January 11, 2012 8:02 AM |
| **Subject:** | Aaron Hansen Service Days |

1/4-1/15 12 days @250.00=3000.00 Nomac 46. Thanks, have a good day.

Sent from my iPhone

## Total Screen Solutions Inc.

**From:** "Axel" <aaronaxlehansen@yahoo.com>
**To:** <totalscreensolutions@stx.rr.com>
**Sent:** Tuesday, December 27, 2011 8:29 AM
**Subject:** Nomac 46 service days

Aaron Hansen, 12/16-12/24, 9 days @ 250.00=2250.00 

John Frisco, 12/16-12/24, 9 days @ 225.00=2025.00

Sent from my iPhone



RECEIVED DEC 26 2011 By_____

*Morgan* (signature)