UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES LAUTERBACH, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-242 |
| | § | |
| TOTAL SCREEN SOLUTIONS, INC., *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant Gary Mills' Motion for Summary Judgment (D.E. 51) seeking dismissal because he is not an "employer" under the Fair Labor Standards Act (FLSA). Plaintiffs filed their response, asking that the motion be denied pursuant to Fed. R. Civ. P. 56(d), which permits the Court to issue any appropriate order, including a denial of the motion, to permit a respondent time to conduct necessary discovery. The Court DENIES the motion (D.E. 51) without prejudice to allow Plaintiffs to conduct discovery regarding the issues presented in the motion.

ORDERED this 26th day of June, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE